JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL DIAZ, | Case No. CV 17-8264-AB (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| BOOTH MAHOOD, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accpeting Findings and Recommendation of United States Magistrate,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 10, 2018

HONORABLE ANDRÉ BIROTTE JR.
United States District Judge